NO. 07-07-0383-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 29, 2008

_____

RONNIE DUANE MASON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NO. 50,138-A; HONORABLE HAL MINER, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**ABATEMENT AND REMAND**

Appellant, Ronnie Duane Mason, was convicted of capital murder and sentenced to life imprisonment. The clerk's record was filed on January 15, 2008. Contained therein is the *Trial Court's Certification of Defendant's Right of Appeal*, which was executed on September 4, 2007, after amendments to Rule 25.2(d) of the Texas Rules of Appellate

Procedure became effective on September 1, 2007. The form on file does not comply with the amendments to the rule, which now require that a defendant sign the certification and receive a copy. Additionally, the new form provides certain admonishments to a defendant not previously required.[1]

Procedural rules generally control litigation from their effective date. *Wilson v. State,* 473 S.W.2d 532, 535 (Tex.Crim.App. 1971). Consequently, we abate this appeal and remand this cause to the trial court for further proceedings. Upon remand, the trial court shall utilize whatever means necessary to secure a proper *Certification of Defendant's Right of Appeal* in compliance with Rule 25.2(d). Once properly completed and executed, the certification shall be included in a supplemental clerk's record. *See* Tex. R. App. P. 34.5(c)(2). The trial court shall cause this supplemental clerk's record to be filed with the Clerk of this Court by July 14, 2008. This order constitutes notice to all parties, pursuant to Rule 37.1 of the Texas Rules of Appellate Procedure, of the defective certification. If a supplemental clerk's record containing a proper certification is not filed in accordance with this order, this matter will be referred to the Court for dismissal. *See* Tex. R. App. P. 25.2(d).

Also pending before this Court is Appellant's third *Motion for Extension of Time to File Brief.* We grant the motion to July 14, 2008. As three extensions have now been granted, no further motions for extension of time will be considered absent exigent circumstances.

---

[1]The proper form for *Certification of Defendant's Right of Appeal* is contained in Appendix D to the 2008 Texas Rules of Appellate Procedure.

It is so ordered.

Per Curiam

Do not publish.